UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chad Nicholas Nelson,                                    Civ. No. 23-884 (PAM/DTS)

                        Petitioner,

v.                                                                      **ORDER**

Jesse Pugh, Rush City Prison Warden,

                        Respondent.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated January 30, 2024. (Docket No. 76). The R&R recommends denying as moot the portion of Petitioner's Motion in Limine that requests injunctive relief, and several other motions that also request injunctions or other equitable relief. The Court has received no objections to the R&R and the time to do so has expired. See D. Minn. L.R. 72.2(b)(1) (providing that a party may file objections to a magistrate judge's recommendations within 14 days).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.        The R&R (Docket No. 76) is **ADOPTED**;

2.     The Motion for Preliminary Injunction (Docket No. 17) is **DENIED as moot**;

3.     The Motion for an Order from the Court re: Legal Mail and Legal Calls with POA (Docket No. 23) is **DENIED as moot**; and

4.     The Motion to Suspend Prison Rules and Setup O-Email Accounts (Docket No. 45) is **DENIED as moot**.

Date:    February 22, 2024

_s/Paul A. Magnuson_
Paul A. Magnuson
United States District Court Judge